FORM CACB (od13g VAN–159) (03/2012)

## United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 TRUSTEE'S MOTION TO DISMISS
# [11 U.S.C. §§ 1307 AND 349]

**DEBTOR INFORMATION:**
Paul Raymond Rush

**BANKRUPTCY NO.** 2:12–bk–26794–VZ

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):   xxx–xx–1128
Employer Tax–Identification (EIN) No(s).(if any):   N/A
**Debtor Dismissal Date:** 11/26/12

**Address:**
8024 West Avenue E
Lancaster, CA 93536

Pursuant to the Chapter 13 Trustee's motion to dismiss ("Motion") and supporting declaration in this case,

IT IS ORDERED that the Motion is granted, and:

(1)   debtor's bankruptcy case is dismissed;

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and

(3)   pursuant to Bankruptcy Code Section 349, debtor is prohibited from filing any new bankruptcy petition unless:

   (a)   debtor files a motion to request permission to file a new bankruptcy case and the motion is supported by admissible evidence such as a declaration under penalty of perjury;

   (b)   debtor schedules a hearing on the motion for a date that is at least 21 days after the motion is filed;

   (c)   debtor serves the motion on all creditors at least 21 days before the hearing; and

   (d)   the court grants the motion.

Dated: November 26, 2012

BY THE COURT,
**Vincent P. Zurzolo**
United States Bankruptcy Judge